UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 18-cr-0153 (WMW/HB) |
| Plaintiff, | |
| v. | **PRELIMINARY ORDER OF FORFEITURE** |
| Richard Alonzo Woods (1) and Damon Tyrell Lee Acon (2), | |
| Defendants. | |

This matter is before the Court on the unopposed motion of Plaintiff United States of America for a preliminary order of forfeiture. (Dkt. 97.) The Court finds that the property at issue is subject to forfeiture, 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), and the United States has established the requisite nexus between such property and the offenses to which Defendants Richard Alonzo Woods and Damon Tyrell Lee Acon have been found guilty.

Based on the foregoing analysis and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. The motion of Plaintiff United States of America for a preliminary order of forfeiture, (Dkt. 97), is **GRANTED**.

2. The following property is forfeited to the United States pursuant to 18 U.S.C. § 924(d)(1) in conjunction with 28 U.S.C. § 2461(c):

    a) Magnum Research, Desert Eagle 9mm pistol, serial number 42312729, and associated ammunition; and

    b)  Cobra CA380, .380 caliber pistol, serial number CP109846, and associated ammunition.

  3.  The United States Attorney General or an authorized designee may seize the property and maintain custody and control of it pending the entry of a final order of forfeiture.

  4.  Pursuant to 21 U.S.C. § 853(n)(1), as incorporated by 28 U.S.C. § 2461(c), the United States shall publish and give notice of this Order and the intent of the United States to dispose of the property in such manner as the Attorney General may direct.

  5.  This Order shall become final as to the Defendants at the time of sentencing, and shall be made a part of their sentences and included in the judgments. Fed. R. Crim. P. 32.2(b)(4)(A), (B).

  6.  Following the Court's disposition of all petitions filed pursuant to 21 U.S.C. § 853(n)(2) or, if no petitions are filed, following the expiration of the time period specified within which to file such petitions, the United States shall have clear title to the foregoing property and may warrant good title to any subsequent purchaser or transferee.

  7.  This Court shall retain jurisdiction to enforce this Order and to amend it as necessary. *See* Fed. R. Crim. P. 32.2(e).

Dated: June 28, 2019               s/Wilhelmina M. Wright
                              Wilhelmina M. Wright
                              United States District Judge